# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Brandon Corbett, by and through his Power of Attorney, Louise Corbett,

        **Plaintiff(s),**

v.

County of Monroe, et al.,

        **Defendant(s)/**
        **Third-Party Plaintiff(s),**

v.

_____,

        **Third-Party Defendant(s).**

Civil Action No. _____

## DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1
### (Civil Action)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, __Plaintiff__ (type of party), who is __Brandon Corbett, by and through his POA__ (name of party), makes the following disclosure:

1. Is the party a non-governmental corporate party?

    ☐ YES    ☒ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

    The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

    _____
    Signature of Counsel for Party

Date: August 26, 2020