IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRANDON CORBETT,** | : | CIVIL ACTION NO. 3:20-cv-01530 |
| | : | |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **COUNTY OF MONROE,** *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## CASE ASSIGNMENT ORDER

AND NOW, this 26th day of August, 2020, upon consideration of the complaint commencing the above-captioned civil action, which has been assigned to the undersigned, it is hereby ORDERED that:

1. If service of the initial pleading cannot not be made within the time required by the Federal Rules of Civil Procedure, counsel shall submit an appropriate motion for extension of time addressing the reasons for the delay and the course of action requested.

2. The court will issue an order setting a date and time for a mandatory case management conference in accordance with Federal Rule of Civil Procedure 16 and Local Rule of Court 16.1 once joinder of this matter has been accomplished.

3. It is essential that the answer or other responsive pleading or motion be filed in the time provided by the Federal Rules.  Counsel as well as *pro se* litigants shall not enter into agreements for extension of time without seeking court approval.  Any such request shall be made by appropriate motion in conformity with the Local Rules.

4. The parties shall comply fully with Rule 26 and other provisions of the Federal Rules.  Counsel shall not cease active discovery pending disposition of a motion to dismiss.

5. Any inquiries concerning scheduling matters or courtroom logistics in this case should be directed to Kate Toth, Deputy Clerk of Court, at (717) 221-3931.  Any other inquiries should be directed to chambers at (717) 221-3945.

          /S/CHRISTOPHER C. CONNER
          Christopher C. Conner
          United States District Judge
          Middle District of Pennsylvania