UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRANDON CORBETT,<br><br>　　　　　　Plaintiff<br><br>　v.<br><br>COUNTY OF MONROE, et al,<br><br>　　　　　　Defendants | CIVIL ACTION NO. 3:20-CV-1530<br><br>(MEHALCHICK, M.J.) |

**CASE MANAGEMENT ORDER**

AND NOW, this 1st day of February, 2021, having heard from the parties on a Joint Case Management Conference, IT IS HEREBY ORDERED that the following case management deadlines are established in the above-captioned matter:

1. **Joinder and Amendment.** The final date by which the Plaintiff and Defendants may join additional parties is March 26, 2021. The final date by which the Plaintiff and Defendants may amend the pleadings is April 26, 2021.

2. **Discovery.** All discovery shall be completed by August 4, 2021. The parties are reminded that the Court expects counsel to make all reasonable efforts to resolve discovery disputes without Court involvement, and that a conference with the Court should be initiated prior to any discovery motion being filed. Per the parties' case management plan and the case management conference held before the Court, the parties agree to the following discovery parameters:

    a. **Depositions.** Plaintiff shall be allowed 15 depositions. Defendants, collectively, shall be allowed 10 depositions.

    b. **Interrogatories.** Plaintiff shall be allowed to serve 25 interrogatories. Each Defendant shall be allowed to serve 25 interrogatories.

   c. <u>Requests for Production</u>: Plaintiff shall be allowed to serve 25 requests for production of documents. Each Defendant shall be allowed to serve 25 requests for production of documents.

   d. <u>Requests for Admission</u>: Plaintiff shall be allowed to serve 10 requests for admission. Each Defendant shall be allowed to serve 10 requests for admission.

3. **<u>Settlement</u>.** Parties will advise the Court by August 4, 2021 as to the status of settlement negotiations and whether there is interest by the parties in scheduling a settlement conference.

4. **<u>Expert Discovery</u>.**

   a. Plaintiff's Rule 26(a)(2) disclosures shall be made by September 1, 2021.

   b. Defendants' Rule 26(a)(2) disclosures shall be made by October 6, 2021.

   c. Any supplemental expert disclosures shall be produced by October 20, 2021.

   d. All expert witness depositions shall be completed by November 1, 2021.

5. **<u>Dispositive Motions</u>.** All dispositive motions, together with supporting briefs, shall be filed by November 3, 2021.

BY THE COURT:

<u>Date:  February 1, 2021</u>

*/s/ Karoline Mehalchick*
KAROLINE MEHALCHICK
Chief United States Magistrate Judge